General, for respondents. *Roberts & Willey, Incorporated, Dennis J. Roberts II,* for Rhode Island Consumers' Council.

M. P. No. 76-286. HYMAN SHEPATIN *et al. v.* ALAN N. ALPERN *et al.* Petition for writ of certiorari denied without prejudice. Paolino, J. did not participate. *Natale L. Urso, Barry N. Capalbo,* for plaintiffs-respondents. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey,* for defendants-petitioners.

M. P. No. 76-287. GEORGE DEAN *et al. v.* ZONING BOARD OF REVIEW OF THE CITY OF WARWICK *et al.* Petition for writ of certiorari granted, writ shall issue forthwith. Paolino, J. did not participate. *Saunders & Torres, Albert D. Saunders, Jr.,* for petitioners. *A. William Gelfuso, Paul A. Sassi,* for respondent George H. Dean, Inc.

M. P. No. 76-325. STATE *v.* JOHN L. ANDREWS. Treating the Rule 15 petition which the petitioner has filed pro se as a petition for writ of habeas corpus, the writ is denied. This denial is without prejudice to a hearing being held thereon in the Superior Court, to which court the petition and other papers filed in connection therewith are ordered remanded with direction that said court consider the petition and papers as if originally filed in that court pursuant to the post conviction relief provisions found in G. L. 1956 (1969 Reenactment) §10-9.1-1 et seq. Paolino, J. did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-respondent. *John L. Andrews,* pro se, petitioner-defendant.

M. P. No. 76-331. NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* Motion of the petitioner to suspend order No. 9216 of the Public Utilities Commission and to direct that the rates as filed be made effective forthwith or, in the alternative, to suspend order No. 9216 to the extent it suspends the rates beyond November 30, 1976, and to order the Commission to schedule hearings forthwith and issue a final order in this matter by November 30, 1976 is assigned to the calendar